

# NUMBER 13-15-00588-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MAVERICK OIL TOOLS, LLC,** | **Appellant,** |

v.

| | |
|---|---|
| **DEM WELL HEAD SERVICES, LLC,** | **Appellee.** |

### On appeal from the 343rd District Court
### of San Patricio County, Texas.

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

This cause is before the Court on the record and appellant's brief. Appellant's brief was filed on February 18, 2016. Appellee has not filed a brief. The Court, having fully examined the record and appellant's brief hereby ORDERS appellee to file its brief with this Court on or before May 23, 2016. Further motions for extension of time will not

be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
25th day of April, 2016.